**SEYFARTH SHAW LLP**
Raymond R. Kepner (SBN 90093)
*rkepner@seyfarth.com*
Candace S. Bertoldi (SBN 254725)
*cbertoldi@seyfarth.com*
333 South Hope Street, Suite 3900
Los Angeles, CA 90071-1406
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
THE ZURICH SERVICES CORPORATION

**LAW OFFICES OF JOSEPH M. LOVRETOVICH**
Joseph M. Lovretovich (SBN 73403)
*jml@jmllaw.com*
Christopher Taylor (SBN 236245)
*ctaylor@jmllaw.com*
Jennifer Lipski (SBN 272443)
*jlipski@jmllaw.com*
5941 Variel Avenue
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
JAMES SNEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNEE, an individual, | Case No. CV11-02518 GW (JCx) |
| Plaintiff, | [Assigned to Judge George H. Wu Courtroom 10] |
| v. | **STIPULATION AND PROTECTIVE ORDER REGARDING DISCOVERY** |
| THE ZURICH SERVICES CORPORATION, an Illinois Corporation; DOES 1 through 100, inclusive, | |
| | Complaint Filed: February 18, 2011 |
| Defendants. | |

# **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, and DECREED that all parties to this action shall obey the provisions of the attached Stipulation concerning Confidential Information with the following modifications/clarifications:

1. To the extent the Stipulation concerning Confidential Information calls for resolution of disputes relating to the matters covered therein, *i.e.,* Paragraph 8 (motion for protective order), Paragraph 9 (motion for further order by recipient of "Confidential" Information), Paragraph 12 (motion for protective order), and Paragraph 16 (objections/challenges to designation), the procedure for obtaining a decision from the Court is set forth in Local Civil Rules 37-1 through 37-4. Absent further stipulation or order, the 14-day deadline set forth in Paragraph 12 shall apply to the commencement of the meet and confer process set forth in Local Rule 37-1, not the actual filing of a motion for protective order.

2. Paragraph 14 is modified to reflect that the Court may decide the referenced matter at the final pretrial conference or at any other time as the Court may deem appropriate.

**IT IS SO ORDERED.**

Dated: July 1, 2011

/s/
Honorable Jacqueline Chooljian
United States Magistrate Judge