SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-2518-GW(JCx) | Date | August 17, 2011 |
|---|---|---|---|
| Title | James Snee v. The Zurich Services Corporation et al | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Isabel Martinez, Relief Clerk | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT**

On August 12, 2011, plaintiff/defendant filed a Notice of Settlement.  Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **September 19, 2011 at 8:30 a.m.**

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

                                                                            :
Initials of Preparer    IM